

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00260-CV

Kafai **LEE**,
Appellant

v.

Kenneth **LAU**, Connie Andrews, and Golden Wok, LTD.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12940
Honorable Stephani A. Walsh, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  December 9, 2015

DISMISSED

The parties have filed an agreed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

We grant the motion and dismiss the appeal. Costs of appeal are taxed against the parties incurring

same. *See id.* 42.1(d).

PER CURIAM